McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2755

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:05-CV-00845 LKK-DAD |
| Plaintiff, ) | |
| v. ) | EX PARTE APPLICATION |
| ) | AND ORDER CONTINUING |
| APPROXIMATELY $234,625.00 ) | STATUS CONFERENCE |
| IN U.S. CURRENCY, ) | |
| Defendant. ) | |

### EX PARTE APPLICATION

The United States applies ex parte for an order continuing the Status (pretrial scheduling) Conference currently set for July 25, 2005, at 2:00 p.m. The grounds for such application are as follows:

1. This is a civil forfeiture action. The complaint for forfeiture in rem filed on April 28, 2005, alleges that the above-described currency is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6). As alleged in the verified complaint (see Complaint at ¶ 5.i), several individuals were at the residence at the time of the search that lead to the seizure of the currency.

1  The United States provided notice to seven of these individuals
2  on May 20, 2005.  The United States provided notice to an eighth
3  individual on June 15, 2005.  The United States continues to make
4  diligent attempts to provide direct notice to a ninth individual.
5  Dan Brace, the attorney for a tenth potential claimant, agreed on
6  May 4, 2005, to accept service of notice on behalf of his client,
7  but his client has not as yet filed a claim and answer.  Notice
8  of the action was published on June 10, 2005, in the Daily
9  Recorder pursuant to the Court's Order dated May 5, 2005.
10         2.  No party has appeared to contest the forfeiture action.
11  Thus, it would be premature at this time for the United States to
12  conduct a Rule 26(f) discovery conference, and it would be
13  premature for the Court to conduct a Status Conference.  Indeed,
14  in the absence of a timely claim, the United States may seek a
15  default judgment, potentially obviating the need for any Status
16  Conference.  Accordingly, the government requests that the Court
17  continue the Status (pretrial scheduling) Conference
18  approximately ninety days to allow the government to complete the
19  process of providing notice, and to allow time for any potential
20  claimants to appear in the action and file a timely claim and
21  answer.
22  Dated: 7/6/05                         McGREGOR W. SCOTT
                                          United States Attorney
23
                                    By:   /s/ Michael A. Hirst for
24                                        COURTNEY J. LINN
                                          Assistant U.S. Attorney
25
26
27
28

<u>ORDER</u>

For good cause shown, the Status (pretrial scheduling) Conference set for July 25, 2005, be, and the same hereby is, CONTINUED to October 24, 2005, at _2:00 p.m.  Consistent with the Court's Order Setting Status (pretrial scheduling) Conference, the parties shall submit status reports not less than ten court days prior to the Status Conference.  The government shall give notice of the continued Status Conference to any party who may file a claim in the interim.

IT IS SO ORDERED.

DATED:  July 12, 2005.

/s/Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
UNITED STATES DISTRICT JUDGE