McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2755

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>  v.<br><br>APPROXIMATELY $234,625.00<br>IN U.S. CURRENCY,<br><br>              Defendant. | 2:05-CV-00845 LKK-DAD<br><br>EX PARTE APPLICATION<br>AND ORDER<br>CONTINUING STATUS CONFERENCE |

## EX PARTE APPLICATION

The United States applies ex parte for an order continuing the Status (pretrial scheduling) Conference currently set for October 24, 2005, at 2:00 p.m. The grounds for such application are as follows:

1. This is a civil forfeiture action. The complaint for forfeiture in rem filed April 28, 2005, alleges that the above-described currency is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6). As alleged in the verified complaint (See Complaint at ¶ 5.i) several individuals where at the residence at the time of the search that lead to the seizure of the above-described

1  currency.  All but one of these individuals has now been served
2  with notice, and the Clerk of the Court has entered a default
3  against each such individual.  The United States continues to
4  make diligent efforts to give direct notice to one last
5  individual, Kari Bonham.  However, the United States Marshals
6  Service advised that as of September 26, 2005, Kari Bonham had
7  not received personal notice.
8       2.  As matters stand, no party has appeared to contest the
9  forfeiture action.  Thus, it would be premature at this time for
10 the United States to conduct a Rule 26(f) discovery conference,
11 and it would be premature for the Court to conduct a Status
12 Conference.  Indeed, in the absence of a timely claim, the United
13 States intends to seek a default judgment, potentially obviating
14 the need for any Status Conference.  Accordingly, the government
15 requests that the Court continue the Status (pretrial scheduling)
16 Conference approximately ninety days to allow the government to
17 complete the process of providing notice, and to allow time for
18 any potential claimants to appear in the action and file a timely
19 claim and answer.  The Court has previously continued the Status
20 Conference on one prior occasion.  <u>See</u> Order filed July 12, 2005.

Dated: <u>10/11/05</u>                      McGREGOR W. SCOTT
                                    United States Attorney


                               By:  <u>/s/ Courtney J. Linn</u>
                                    COURTNEY J. LINN
                                    Assistant U.S. Attorney



                                <u>ORDER</u>

     For good cause shown, the Status (pretrial scheduling)
Conference set for October 24, 2005, be, and the same hereby is,

                                    2

1  CONTINUED to January 23, 2006, at 2:00 p.m.  Consistent with
2  the Court's Order Setting Status (pretrial scheduling) Conference
3  the parties shall submit status reports not less than ten court
4  days prior to the Status Conference.
5      IT IS SO ORDERED.

6  
7  DATED:  October 18, 2005.            /s/Lawrence K. Karlton
                                        LAWRENCE K. KARLTON
                                        UNITED STATES DISTRICT JUDGE