```
McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $234,625.00 IN<br>U.S. CURRENCY,<br><br>    Defendant. | 2:05-CV-00845-LKK-DAD<br><br>MAGISTRATE JUDGE'S FINDINGS<br>AND RECOMMENDATION |
|---|---|

   This matter is before the Court on plaintiff United States' <u>ex parte</u> Motion for Default Judgment and for Final Judgment of Forfeiture filed November 3, 2005. Based on plaintiff's motion, and the files and records of the court, THE COURT FINDS AND RECOMMENDS as follows:

   1.  This action arose out of a verified Complaint for Forfeiture <u>in</u> <u>Rem</u> filed April 28, 2005.

   2.  Plaintiff United States of America has moved this Court, pursuant to Local Rule A-540, for entry of default judgment of forfeiture against the following potential claimants:

      a.  Kari Bonham

      b.  Chris Cartwright

1           c.   Clifford Collins
2           d.   Darrell R. Collins
3           e.   Sarah Collins
4           f.   Elizabeth Pitmman
5           g.   Mark Marshall
6           h.   Glenda Kelly
7           i.   George Collins
8           j.   Christopher Rideout

3. Plaintiff has shown that a complaint for forfeiture was filed; that a reasonable basis in fact exists for the forfeiture of the defendant currency; that potential claimants were personally served with process; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

4. Potential claimants Chris Lynn Cartwright, Clifford Ray Collins, Daryl R. Collins, Sarah Collins, Elizabeth Pitman, Mark Marshal, Glenda Fay Kelly, George Collins, Christopher Rideout and Kari Bonham failed to file a claim to the defendant currency and failed to file an answer to the complaint pursuant to Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims.

5. On August 2, 2005, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, a Clerk's Entry of Default was filed against Chris Lynn Cartwright, Clifford Ray Collins, Daryl R. Collins, Sarah Collins, Elizabeth Pitman, Mark Marshal, Glenda Fay Kelly and George Collins.  On August 26, 2005, a Clerk's Entry of Default was filed against Christopher Rideout.  On November 3, 2005, a Clerk's Entry of Default was filed against Kari Bonham.

    Therefore, IT IS RECOMMENDED as follows:

6. That Chris Lynn Cartwright, Clifford Ray Collins, Daryl R. Collins, Sarah Collins, Elizabeth Pitman, Mark Marshal, Glenda Fay Kelly, George Collins, Christopher Rideout and Kari Bonham be held in default;

7. That plaintiff's motion for default judgment of forfeiture be granted;

8. That a judgment by default be entered against any right, title or interest of Chris Lynn Cartwright, Clifford Ray Collins, Daryl R. Collins, Sarah Collins, Elizabeth Pitman, Mark Marshal, Glenda Fay Kelly, George Collins, Christopher Rideout and Kari Bonham in the defendant currency;

9. That a final judgment be entered, forfeiting all right, title and interest in the defendant currency to the United States of America, to be disposed of according to law, including all right, title and interest of Chris Lynn Cartwright, Clifford Ray Collins, Daryl R. Collins, Sarah Collins, Elizabeth Pitman, Mark Marshal, Glenda Fay Kelly, George Collins, Christopher Rideout and Kari Bonham.

DATED: December 6, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/approx$234,625.ord

3