McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:05-CV-00845-LKK-DAD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DEFAULT JUDGMENT OF FORFEITURE |
| | ) | AND FINAL JUDGMENT OF |
| APPROXIMATELY $234,625.00 IN U.S. CURRENCY, | ) | FORFEITURE |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff United States' ex parte Motion for Default Judgment and for Final Judgment of Forfeiture filed November 3, 2005. The Magistrate Judge has recommended that plaintiff's motion for default judgment be granted, and no timely objection has been filed. Based on the Magistrate Judge's Findings and Recommendations and the files and records of the Court, it is

ORDERED, ADJUDGED AND DECREED:

1. After a de novo review, the Court adopts the Magistrate Judge's Findings and Recommendations in full.

2. Pursuant to Fed. R. Civ. P. 55 the Court enters default judgment against the following potential claimants:

1

    a. Kari Bonham
    b. Chris Cartwright
    c. Clifford Collins
    d. Darrell R. Collins
    e. Sarah Collins
    f. Elizabeth Pitmman
    g. Mark Marshall
    h. Glenda Kelly
    i. George Collins
    j. Christopher Rideout

 3. A judgment by default is hereby entered against any right, title or interest in the defendant currency held by any potential claimants.

 4. A final judgment is hereby entered, forfeiting all right, title and interest in the defendant currency to the United States of America, to be disposed of according to law, including all right, title and interest of the above-listed potential claimants.

 5. All parties shall bear their own costs and attorneys' fees.

 SO ORDERED, this <u>20th</u> day of <u>December</u>, 2005.

          /s/Lawrence K. Karlton
         LAWRENCE K. KARLTON
         United States District Judge